WILLIAMS, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by Charles Williams against the City of New York. R. G. Barclay, of Brooklyn, for appellant. C. J. Nehrbas, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

WILLIAMS, Respondent, v. NEW YORK TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 20, 1914.) Action by Levi Williams against the New York Telephone Company.

PER CURIAM. Judgment and order (81 Misc. Rep. 310, 142 N. Y. Supp. 234) affirmed, with costs.

THOMAS, J., dissents.

WILSON et al. v. J. EHRLICH & SONS. (Supreme Court, Appellate Division, First Department. January 16, 1914.) Action by Edna Wilson and others against J. Ehrlich & Sons. No opinion. Application denied, with $10 costs. Order signed.

WISKIN, Appellant, v. DELAWARE, L. & W. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 3, 1913.) Action by Henry Wiskin against the Delaware, Lackawanna & Western Railroad Company. No opinion. Judgment affirmed, with costs. Reargument and appeal to Court of Appeals denied, 145 N. Y. Supp. 1150.

WISKIN, Appellant, v. DELAWARE, L. & W. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 7, 1914.) Action by Henry Wiskin against the Delaware, Lackawanna & Western Railroad Company. No opinion. Motion for reargument (of 145 N. Y. Supp. 1150) denied, with $10 costs. Motion for leave to appeal to Court of Appeals, denied.

WISZ, Respondent, v. GLENS FALLS INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 21, 1914.) Action by John Wisz against the Glens Falls Insurance Company.

PER CURIAM. Judgment and order reversed, defendant's motion for the direction of verdict granted, and complaint dismissed, with costs, including the costs of this appeal. As matter of law, the evidence shows that the premises ceased to be occupied as a private residence prior to the fire, within the terms of the warranty contained in the policy, and therefore the policy was voided.

KRUSE, P. J., dissents.

WOLF v. MACK. (Supreme Court, Appellate Division, First Department. January 16, 1914.) Action by Moses Wolf against James F. Mack. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 81 Misc. Rep. 185, 142 N. Y. Supp. 433.

WOODCOCK v. TAYLOR et al. (Supreme Court, Appellate Division, First Department. January 16, 1914.) Action by Daniel Woodcock against Arthur J. Taylor, impleaded with others. No opinion. See memorandum per curiam.

WOODIN v. FRASHER et al. (Supreme Court, Appellate Division, Fourth Department. December 5, 1913.) Action by Glenn W. Woodin, as ancillary administrator, etc., against Laura D. Frasher and another. No opinion. Motion to dismiss appeal denied. Order affirmed, with $10 costs and disbursements.

WOODRUFF et al. v. CHAPMAN et al. (Supreme Court, Appellate Division, Second Department. February 6, 1914.) Action by Viola F. Woodruff and another, as executors, etc., against Elverton R. Chapman and Joseph Cassidy. No opinion. Interlocutory judgment affirmed, with costs.

WRIGHT, Respondent, v. SMITH et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 9, 1914.) Action by Julia F. Wright, as administratrix, etc., against Charles D. Smith and others. No opinion. Motion denied, without costs. See, also, 152 App. Div. 476, 137 N. Y. Supp. 264.

YELLOW TAXICAB CO. v. GAYNOR et al. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by the Yellow Taxicab Company against William J. Gaynor and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 144 N. Y. Supp. 1151.

YONKERS–GARDEN CITY REALTY CO., Appellant, v. JACKSON BROS. REALTY CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 23, 1914.) Action by the Yonkers-Garden City Realty Company against the Jackson Bros. Realty Company and others. No opinion. Judgment affirmed, with costs. See, also, 157 App. Div. 934, 142 N. Y. Supp. 1151.

YORKSHIRE ICE CO., Appellant, v. McLAUGHLIN, Respondent, et al. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by the Yorkshire Ice Company against Charles H. McLaughlin, impleaded with others. A. Engel, of New York City, for appellant. M. Nussbaum, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

YOUNG, Appellant, v. INGALSBE, Respondent. (Supreme Court, Appellate Division,